IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                         Case No. 2:19-mj-2009-001

RYAN MILLER                                                                            DEFENDANT

**O R D E R**

At the initial appearance conducted on the criminal Complaint, the Defendant agreed to waive the issues of probable cause and detention pending the final disposition of the case; accordingly, the Court considers the matters waived. The Defendant is detained, subject to reconsideration on motion of Defendant.

Dated: April 9, 2019

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE